■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SARAH PATTERSON, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.